# Third District Court of Appeal
## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1180
Lower Tribunal No. 19-31079
_____

**Grand Bay Residences Condominium Association, Inc., etc., et al.,**
Appellants,

vs.

**Key Bay Club, LLLP, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Rasco, Klock, Perez & Nieto, P.L., and Ramon E. Rasco and Juan Carlos Antorcha and Paul C. Savage, for appellants.

Shubin & Bass, P.A., and John K. Shubin and Juan J. Farach and Alannah L. Shubrick, for appellee Key Bay Club, LLLP.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.